# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD E. FISCHBEIN, MD,** individually and as the representative of a class of similarly situated persons | : : : : | CIVIL ACTION  NO. 19-5365 |
| *Plaintiff* | : : | |
| v. | : : | |
| **IQVIA INC.** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 30th day of July 2021, upon consideration of Defendant's *motion to dismiss for failure to state a claim*, [ECF 24], Plaintiff's opposition thereto, [ECF 28], Defendant's reply, [ECF 31], Defendant's notice of supplemental authority, [ECF 32], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*