# EXHIBIT 1

(Supplemental Sur-Rebuttal) Expert Report of Lee Howard, with appendices and exhibits (2/8/2024)

To be filed under seal pursuant to LR 5.1.5(2)