# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD E. FISCHBEIN, M.D.,** | : | **CIVIL ACTION** |
| **individually and on behalf of all** | : | |
| **others similarly situated,** | : | **NO. 19-5365** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **IQVIA, INC.** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 5th day of June 2025, upon consideration of Plaintiff's *motion for class certification*, (ECF 87, 89), Defendant's response in opposition, (ECF 92, 95), Plaintiff's reply, (ECF 102, 108), Defendant's notice of supplemental authority, (ECF 113), Plaintiff's response to Defendant's notice of supplemental authority, (ECF 114), and Defendant's second notice of supplemental authority, (ECF 117), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion for class certification is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*